

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | W. Simone Nicholson<br>*Special Assistant Corporation Counsel*<br>Office: (212) 356-2455 |
|---|---|---|

August 15, 2023

**VIA ECF**
The Honorable Barbara C. Moses
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: *R.V. v. N.Y.C. Dep't of Educ., et al.,* 22-cv-6837 (VEC)(BCM)

Dear Judge Moses:

  I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendants in the above-referenced action, wherein Plaintiff seeks enforcement of administrative orders under, *inter alia*, the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), including pendency implementation, as well as attorneys' fees, costs, and expenses for legal work on administrative hearings, as well as for this action.

  I write with the consent of Plaintiff's counsel to request an adjournment of the pre-settlement conference call scheduled for August 17 to August 22, 2023 or a date thereafter convenient for the Court due to a scheduled medical procedure.

  The parties thank the Court for considering this submission.

              Respectfully submitted,

              /s/ W. Simone Nicholson
              W. Simone Nicholson
              Special Assistant Corporation Counsel

cc: Erin O'Connor, Of Counsel, Law Office of Elisa Hyman, *Counsel for Plaintiff* (via ECF)

---

Application GRANTED. The pre-settlement, counsel-only telephonic conference is ADJOURNED to **August 24, 2023**, at **11:00 a.m.** A few minutes before the scheduled time, counsel must call (888) 557-8511 and enter the access code 7746387. The Court will supply a confidential passcode by email on the date of the conference. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
August 16, 2023