```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

R.V.,

        Plaintiff,

  -against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

        Defendants.

22-CV-6837 (VEC) (BCM)

**ORDER SCHEDULING PRE-SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

In light of the parties' confidential letter to chambers advising that they are in the process of finalizing a stipulation of settlement, the continued pre-settlement telephonic conference scheduled for December 12, 2023, at 9:00 a.m., is ADJOURNED *sine die*.

Dated: New York, New York
       December 11, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**