# THE LAW OFFICE OF
# ELISA HYMAN, P.C.



February 1, 2024

*VIA ECF*
Honorable Valerie E. Caproni, U.S.D.J.
United States District Court - Southern District of New York
40 Foley Square
New York, New York 10007

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 2/1/2024 |

      Re:    *R.V. v. N.Y.C. Dep't of Educ., et al.*, 22-cv-6837 (VEC)

Dear Judge Caproni:

    I represent the Plaintiff in the above-referenced case and write to respectfully request a short adjournment of the conference currently scheduled for February 20, 2024 at 4:30 p.m. ECF No. 61. Defendants' counsel consents to the request.

    The reason for the request is that I am scheduled to be out of the country the week of February 19, 2024. I have conferred with Defendants' counsel and the parties are available the week of February 26th, at the Court's convenience, if the conference is necessary, i.e., the services issue has not been resolved by then.[1]

    Thank you for Your Honor's prompt attention to our request to reopen this case, scheduling a conference to resolve this matter, and consideration of the application herein.

                              Respectfully Submitted,
                                THE LAW OFFICE OF ELISA HYMAN, P.C.

                            By: _Erin O'Connor_

                              Erin O'Connor, Esq., Of Counsel
                              *Counsel for Plaintiffs*

cc: W. Simone Nicholson, Esq., *Counsel for Defendants*

---

[1] If Your Honor denies the adjournment request and the services issue has not been resolved, an attorney from The Law Office of Elisa Hyman, P.C., will attend and be familiar with the issue. I have already reached out to my colleagues about this.

1115 BROADWAY, 12TH FL.          42 WEST 24TH STREET, 2ND FLOOR
NEW YORK, NY 10010                            NEW YORK, NY 10010
WWW.SPECIALEDLAWYER.COM

Application GRANTED.  The Court's Order at Dkt. 61 is amended as follows: if Defendants have not provided to Plaintiff confirmation that I.A.'s school is executing the settlement by **February 15, 2024**, the parties and the principal of I.A.'s school must appear before the Court for a conference on **Tuesday, February 27, 2024** at **11:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

2/1/24

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE