**Case 1:22-cv-06837-VEC   Document 74   Filed 05/21/24   Page 1 of 1**

**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/24

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **THOMAS LINDEMAN**<br>Tel.: (212) 356-0418<br>tlindema@law.nyc.gov |

May 20, 2024

**VIA ECF**
Hon. Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *R.V. et al v. N.Y.C. Dep't of Educ.*, 22-cv-6837(VEC)(BCM)

Dear Judge Caproni:

  I am an Assistant Corporation Counsel in the office of Corporation Counsel, Hon. Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action.

  I write to respectfully request the parties' time to submit a stipulation of settlement and dismissal be extended from May 23, 2024 to June 24, 2024. Plaintiffs consent to this request.

  I apologize for the necessity of this request. I was only recently assigned to this matter following the departure of the previously assigned attorney from this office. The requested extension will allow me to familiarize myself with the case and work collaboratively with Plaintiffs to resolve any remaining issues and finalize the required settlement papers.

  Thus, I respectfully request that the parties time to file a stipulation of settlement and dismissal be extended until June 24, 2024. Thank you for considering this request.

Respectfully submitted,

  /s/
Thomas Lindeman
Senior Assistant Corporation Counsel

cc: all attorneys of record (via ECF)

---

Application GRANTED. The parties' time to file a stipulation of settlement and dismissal is extended to June 24, 2024. The Court is unlikely to grant further extensions absent good cause.
SO ORDERED.

*[signature]*   5/21/24

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE